**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                      **Case No.  8:06-cr-26-T-26TBM**

**RICHARD JOSEPH SOLOMON,**

    **Defendant.**
_____/

## ORDER APPOINTING CJA COUNSEL

The defendant, Richard Joseph Solomon, having appeared before the undersigned for a hearing with respect to appointment of counsel, and the court having found that although the Defendant may be financially able to obtain adequate representation within the meaning of 18 U.S.C. § 3006A, he is presently unable to retain counsel and the court has appointed Daniel Hernandez to represent the Defendant in this case.  It is further found that since the Defendant is not per se indigent and he has certain financial resources available to him, the undersigned finds that it is in the interests of justice to require the Defendant to contribute toward the cost of his/her court-appointed counsel pursuant to18 U.S.C. § 3006A(f).

It is, therefore,

**ORDERED:**

(1) that beginning on March 1, 2006, and by the first business day of each month thereafter and during the pendency of this action, the Defendant shall deposit the sum of Two Hundred Dollars ($200.00) (cash, money order, or cashier's check made payable to: Clerk,

U.S. District Court)[1] to be credited to the Defender Services appropriation for the fiscal year in which the payment is received. 18 U.S.C. §3006A(f);

(2) in the event that the total cost of court appointed counsel is less than the amount deposited by the Defendant, the Clerk of Court shall refund the balance of the deposit to the Defendant.

**Done and Ordered** in Tampa, Florida this 21st day of February 2006.

*[signature]*
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Rachelle DesVaux Bedke, Assistant United States Attorney
Daniel Hernandez, Attorney for Defendant
Defendant c/o counsel
Finance Clerk

---

[1] Mailed payments should reflect the Case Number and be sent to the Clerk at the United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

2